**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**BEVERLY POPE**                                                                                  **PLAINTIFF**

**v.**                                               **CIVIL ACTION NO.: 3:24-cv-60-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                                      **DEFENDANT**

## **JUDGMENT**

For the reasons given in this Court's Order [21] entered on October 10, 2024, it is hereby ordered and adjudged that the Commissioner's decision is **AFFIRMED.**

**SO ORDERED,** this the 10th day of October, 2024.

                                               */s/ Jane M. Virden*
                                               UNITED STATES MAGISTRATE JUDGE